# Court of Appeals
## Tenth Appellate District of Texas

═══════════

10-26-00203-CR

═══════════

In re Bonnie Allen Thomas Straight

═══════════

On appeal from the
413th District Court of Johnson County, Texas
Judge William C. Bosworth Jr., presiding
Trial Court Cause No.

═══════════

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Bonnie Allen Thomas Straight filed an application for a writ of habeas corpus. The application was filed as an original proceeding in this Court contending that Straight is being illegally confined and unlawfully restrained in Johnson County, Texas.

Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05. In the application, Straight does not allege that she has filed a petition for a writ of habeas corpus in the trial court from which she is attempting to appeal.

Because she is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The petition for writ of habeas corpus filed by Straight on May 26, 2025, is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  June 25, 2026

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Dismissed
OT06

